**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02658-STV

SAUL DOMINGO SALES,

      Petitioner,

v.

JUAN BALTASAR; *et al,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States Chief Magistrate Judge Scott T. Varholak on June 24, 2026, it is

ORDERED that [1] the Petition is GRANTED to the extent it seeks a bond hearing. It is further

ORDERED that Respondents shall provide Petitioner with a bond hearing in which the Government bears the burden of proof by clear and convincing evidence under 8 U.S.C. § 1226(a) within SEVEN DAYS of the date of this Court's Order. It is further

ORDERED that Respondents shall file a status report within TEN DAYS of the date of this Court's order to certify compliance. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial. To the extent Petitioner seeks an award of attorney's

fees, he may file a separate motion for fees that complies with the Federal Rules of Civil

Procedure and the Local Rules of Practice for this District.

DATED at Denver, Colorado, this 24th day of June, 2026.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

 s/S. Chaplin
Deputy Clerk